

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00287-CV

| | | |
|---|---|---|
| DEBORAH ANN WALTON, Appellant | § | On Appeal from the 348th District Court |
| | § | of Tarrant County (348-317132-20) |
| V. | § | June 30, 2022 |
| DONALD R. DELF, JR., Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Deborah Ann Walton shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker